UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY JOVEN, JR., <br><br> Petitioner, <br><br> v. <br><br> BRIAN CATES, Warden, <br><br> Respondent. | Case No.: 1:22-cv-00168-DAD-SKO (HC) <br><br> ORDER GRANTING PETITIONER'S THIRD REQUEST FOR EXTENSION OF TIME <br><br> [Doc. 17] <br><br> [THIRTY-DAY DEADLINE] |

Petitioner is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 10, 2022, Petitioner filed a third request for extension of time to file a traverse. (Doc. 17.) Counsel for Petitioner states he has been ill with COVID-19 over the last 30 days and has since recovered.

Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days to and including September 9, 2022, to file a traverse.

IT IS SO ORDERED.

Dated:  **August 11, 2022**                    /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE

1